UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61765-CIV-DIMITROULEAS

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

GUESS?, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, RAYMOND T. MAHLBERG, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 10 days.

Respectfully submitted,

Dated this 3rd day of November 2020.

                                        *s/Acacia Barros*
                                        Attorney for Plaintiff
                                        ACACIA BARROS, P.A.
                                        Acacia Barros, Esq.
                                        FBN: 106277
                                        11120 N. Kendall Dr., Suite 201
                                        Miami, Florida 33176
                                        Tel: 305-639-8381
                                        ab@barroslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel Kevin Young at kyoung@seyfarth.com.

                                        *s/Acacia Barros*
                                        Attorney for Plaintiff
                                        ACACIA BARROS, P.A.