**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61765-CIV-DIMITROULEAS**

**RAYMOND T. MAHLBERG,**

    Plaintiff,

v.

**GUESS?, INC.,**

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff RAYMOND T. MAHLBERG ("Plaintiff"), and GUESS?, INC**.**, ("Defendant" or "Guess") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that, based upon the settlement reached by the Parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 5, 2020.

| | |
|---|---|
| By: _____s/ Acacia Barros, Esq._<br>ACACIA BARROS, P.A<br>Acacia Barros, Esq.<br>Florida Bar No. 106277<br>11120 N. Kendall Drive, Suite 201<br>Miami, Florida 33176<br>Telephone: (305) 639-8381<br>Facsimile: (786) 364-7327<br>ab@barroslawfirm.com<br>*Attorney for Plaintiff* | By: _/s/ Ashley Jenkins, Esq._<br>SEYFARTH SHAW LLP<br>Ashley Jenkins, Esq.<br>975 F St., NW<br>Washington, D.C. 20004<br>Tel: (202) 828-3530<br>Facsimile: (202) 641-9194<br>asjenkins@seyfarth.com<br>*Attorney for Defendant* |