UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61765-CIV-DIMITROULEAS

RAYMOND T. MAHLBERG,

    Plaintiff,

vs.

GUSSS?, INC.,

    Defendant.

_____/

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice (the "Stipulation") [DE 12], filed herein on November 5, 2020. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 12] is hereby **APPROVED**.

2. This case is **DISMISSED with prejudice**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 6th day of November, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record